UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Clear C2 Inc, <br><br>             Plaintiff, <br><br>         v. <br><br> Verizon Sourcing LLC, <br><br>             Defendant. | 25-CV-5308 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

On July 25, 2025, this matter, which was transferred from the Northern District of Texas, was assigned to the undersigned. Defendant's motion to transfer, *see* ECF No. 11, and motion to dismiss, *see* ECF No. 12, were resolved by Judge Starr's Opinion and Order dated June 4, 2025, *see* ECF No. 18. In addition, several outstanding motions for admission pro hac vice, ECF Nos. 9 and 10, have been rendered moot by the transfer of this matter to this District and, therefore, should be closed.

Accordingly, the Clerk of Court is respectfully directed to terminate ECF Nos. 9, 10, 11, and 12.

SO ORDERED.

Dated: June 30, 2025
       New York, New York

*/s/ Dale E. Ho*
_____
DALE E. HO
United States District Judge